STATE OF NEW JERSEY v. FRANK SAVERIANO.

January 16, 1973. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
ROBERT E. HOFFMAN, DECEASED.

January 18, 1973. Petition and cross petition for certification granted.